**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover               Date: August 13, 2012
Court Reporter:        Tamara Hoffschildt

Civil Action No. 12-cv-01994-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| OFFICE OF THE COLORADO STATE PUBLIC DEFENDER, <br> DOUGLAS WILSON, State Public Defender, <br> DANIEL KING, <br> LAURIE KEPROS, and <br> JASON MIDDLETON, in their capacity as Trial Counsel for the defendant in *People v. Sir Mario Owens,* No. 06CF705 (Arapahoe County D.Ct.), <br><br>          Plaintiffs, <br><br> v. <br><br> OFFICE OF THE DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT, <br> CAROL CHAMBERS, District Attorney, <br> ANN TOMSIC, <br> EMILY WARREN, <br> OFFICE OF THE COLORADO ATTORNEY GENERAL, <br> JOHN SUTHERS, Attorney General, <br> MATTHEW DURKIN, and <br> DANIEL EDWARDS, in their capacity as attorneys for Plaintiff in *People v. Sir Mario Owens* No. 06CR705 (Arapahoe County Dct), <br> JAMES A. CASTLE, <br> JENNIFER L. GEDDE, <br> JONATHAN REPUCCI, and <br> C. KEITH POPE, in their capacity as Postconviction Counsel for the defendant in *People v. Sir Mario Owens,* No. 06CR705 (Arapahoe County D.Ct.), | Ty Gee <br> Jeffrey Pagliuca <br> David Kaplan <br><br><br><br><br><br><br><br><br><br> Andrew Cooper <br> Matthew Grove <br><br><br><br><br><br><br><br><br><br> James Castle, *pro se* <br> Jennifer Gedde, *pro se* <br> Jonathan Repucci, *pro se* <br> C. Keith Pope, *pro se* |

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

       Defendants.

## COURTROOM MINUTES

HEARING:   Motions

**1:33 p.m.    Court in session.**

The Court addresses Plaintiffs' Motion for Temporary Restraining Order **(Doc. #2).**

Counsel state their positions.

**1:58 p.m.    Court in recess**
**2:24 p.m.    Court in session**

Further statements from counsel.

**ORDER:**   The parties will file a motion to consolidate and motion(s) to dismiss or abstain in this case within 48 hours.  The Motion for Temporary Restraining Order (**Doc. #2**) is **DENIED** and converted to a motion for Preliminary Injunction.  Any responses to the motion for preliminary injunction will be filed within seven days.  Responses will be filed within 5 business days to any other motions filed in this case.

**2:42 p.m.    Court in recess.**

**Total Time:    43 minutes.**
**Hearing concluded.**